GRECO ⚏ NEYLA

ATTORNEYS AT |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    12/16/2025

December 15, 2025

The Honorable Analisa Torres
United States' District Court Judge
United States' Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     _United States of America v. Geraldy Rodriguez (25-CR-326)_

_**Via ECF**_

Dear Judge Torres,

Please allow this letter motion to serve as a request to grant the defense three (3) additional days to submit the sentencing memorandum in the above-referenced case.

Currently, the deadline to submit the defendant's sentencing memorandum is today (12/15/25). However, we are respectfully asking for three (3) additional days. We propose to submit the memorandum no later than end of business on Thursday, December 18th, 2025.

I have emailed the Assistant United States' Attorney (AUSA), Mr. Michael Maimin, and he advised that he does not have any objection to this request.

Accordingly, the defense respectfully asks the Court to grant this request to allow the defense to submit the sentencing memorandum by the end of business on Thursday, December, 18th, 2025.

Thank you in advance for your attention to this matter.

Respectfully,

*Jeff Greco*

Jeff Greco

cc:     Assistant United States' Attorney, Michael Maimin (filed via ECF & electronic mail)

GRANTED.

SO ORDERED.

Dated:  December 15, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge

G R E C O   N E Y L A N D ,   P C
NEW YORK     LOS ANGELES     HOUSTON