UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

GERALDY RODRIGUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/2026

25 Cr. 326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter, currently scheduled for 11:00 a.m. on January 12, 2026, shall now occur at **4:00 p.m.** on January 12, 2026.

SO ORDERED.

Dated:  January 8, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge