UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                                    Judgment Creditor,

            v.

GERALDY RODRIGUEZ,
                                    Judgment Debtor.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/12/2026__

25-CR-0326 (AT)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on January 12, 2026, the United States of America obtained a judgment against the judgment debtor, GERALDY RODRIGUEZ, in the amount of $2,269,649.58, for which the unpaid balance is $2,269,649.58, and the parties have agreed to voluntary automatic deduction of 10% per pay period from the gross compensation of GERALDY RODRIGUEZ to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that the current employer or third-party compensation provider of GERALDY RODRIGUEZ, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of GERALDY RODRIGUEZ's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 25-CR-0326.

Dated:  March 11, 2026
        New York, New York

_____
GERALDY RODRIGUEZ
*Judgment Debtor*

JAY CLAYTON
United States Attorney

*Melissa A Childs*

MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE